IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) |
| | ) Removal of Case No. 07-CI-2530 |
| UNITED STATES OF AMERICA | ) from the Commonwealth of Kentucky |
| INTERNAL REVENUE SERVICE, | ) Court of Justice |
| Defendant. | ) Boone Circuit Court |

<u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendant Internal Revenue Service, through undersigned counsel and pursuant to provisions of 28 U.S.C. § 1446, hereby removes this action for the Commonwealth of Kentucky Court of Justice, Boone Circuit Court, to the United States District Court for the Eastern District of Kentucky, on the following basis:

1. Plaintiff initiated the above-captioned civil action in an attempt to obtain a judgment against the Defendant Internal Revenue Service in the amount of $43,470.26 plus interest for the alleged conversion of collateral owned by the Plaintiff as a result of a loan to J.M.S. Nursing Pool, Inc. ("J.M.S.").

2. Plaintiff alleges that it had a perfected security interest in J.M.S.'s accounts receivable and that those accounts should not have been used to pay J.M.S.'s outstanding federal tax liabilities.

Dockets.Justia.com

3. This case is removable to the United States District Court for the Eastern District of Kentucky, pursuant to 28 U.S.C. §§ 1441 and 1442(a).

4. The thirty-day period within which this notice of removal must be filed, pursuant to 28 U.S.C. § 1446(b), runs from November 15, 2007, the date the United States learned of the action.

5. Annexed hereto as Exhibit A is a true and accurate copy of the Complaint filed in this proceeding.

6. No previous application for removal has been made in this case.

WHEREFORE, the Internal Revenue Service removes this case from the Commonwealth of Kentucky Court of Justice, Boone Circuit Court to the United States District Court for the Eastern District of Kentucky.

Dated: November 27, 2007.

AMUL R. THAPAR
United States Attorney

_____
CARLY NASCA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9641

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF REMOVAL was caused to be served this 27 day of November, 2007, by placing true and correct copies thereof in the United States mail, postage prepaid, addressed as follows:

    Lisa Koch Bryant
    Anthony Raluy
    Foley, Bryant, and Holloway
    500 West Jefferson Street, Suite 2450
    Louisville, KY 40202

                              _____
                              CARLY NASCA