# Civil
# Case Assignment

Case number **2:07CV-189**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 11/29/2007

Request New Judge .....